• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

# Business Corporation

**Legal Name**
Bank of America Corporation

**Prev Legal Name**
Bankamerica Corporation

# Information

**SosId:** 0472730
**Status:** Current-Active ⓘ
**Date Formed:** 10/7/1998
**Citizenship:** Foreign
**State of Incorporation:** DE
**Fiscal Month:** December
**Annual Report Due Date:** April 15th
Current **Annual Report Status:**
**Registered Agent:** CT Corporation System

# Addresses

**Principal Office**
100 N Tryon St
Charlotte, NC 28255

**Reg Office**
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

**Reg Mailing**
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

**Mailing**
401 N Tryon St; NC1-021-06-01
Charlotte, NC 28255

# Officers

## Secretary

Allison L Gilliam

401 N Tryon St; NC1-021-06-01

Charlotte NC 28202

## Vice President

John A. Kines

401 N Tryon St; NC1-021-06-01

Charlotte NC 28202

## Treasurer

Andrei G Magasiner

401 N Tryon St; NC1-021-06-01

Charlotte NC 28202

## President

Brian T Moynihan

401 N Tryon St; NC1-021-06-01

Charlotte NC 28202

# Stock