IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-MC-00043-RJC-DSC

| | |
|---|---|
| FARHAD AZIMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BANK OF AMERICA N.A., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Ian A. Herbert and Kirby D. Behre]" (documents ##3-4) filed March 15, 2022. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: March 15, 2022

David S. Cayer
United States Magistrate Judge