

**EXHIBIT A**

| From: | TrackingUpdates@fedex.com |
|---|---|
| To: | Semones, Lesley |
| Subject: | FedEx Shipment 776574985209: Your package has been delivered |
| Date: | Thursday, April 14, 2022 10:04:53 AM |

**EXTERNAL**



# Hi. Your package was delivered Thu, 04/14/2022 at 9:55am.



Delivered to 1190 NORTH WENDOVER ROAD, CHARLOTTE, NC 28211
Received by L.KING

OBTAIN PROOF OF DELIVERY

| TRACKING NUMBER | 776574985209 |
|---|---|
| FROM | Miller & Chevalier Chartered |
| | 900 Sixteenth St., N.W. |
| | Washington, DC, US, 20006 |
| TO | Bank of America, N.A. |
| | 100 North Tyron Street |
| | CHARLOTTE, NC, US, 28255 |
| REFERENCE | 374700.000011 6434 |

| | |
|---|---|
| SHIPPER REFERENCE | 374700.000011 6434 |
| SHIP DATE | Wed 4/13/2022 05:48 PM |
| DELIVERED TO | FedEx Location |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | Washington, DC, US, 20006 |
| DESTINATION | CHARLOTTE, NC, US, 28255 |
| SPECIAL HANDLING | Deliver Weekday |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 4.00 LB |
| SERVICE TYPE | FedEx Priority Overnight |

## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - Download now.

FOLLOW FEDEX

☐ Please do not respond to this message. This email was sent from an unattended mailbox.

This report was generated at approximately 9:04 AM CDT 04/14/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our [privacy policy](). All rights reserved.

Thank you for your business.



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.