UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-mc-00043-RJC-DSC

| | |
|---|---|
| FARHAD AZIMA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., )<br>)<br>Respondent. )<br>)<br>) | **Order** |

**THIS MATTER** comes before the Court on Petitioner's application for an Order authorizing Petitioner to obtain certain limited discovery under 28 U.S.C. § 1782 (the "Application"). (DE 1). Having carefully reviewed the arguments, the record and the applicable authority, the Court will grant the application.

**IT IS, THEREFORE, ORDERED** that:

1. The Application is **GRANTED**;

2. Petitioner is authorized to take discovery from Bank of America, N.A. ("Respondent" or "Bank of America"), which is found in this District, by issuing a subpoena seeking the production of documents in the form attached to the Application as Exhibit F at DE 2-7 (the "Subpoena");

3. Respondent shall produce the requested documents within thirty (30) days of service of the Subpoena (together with a copy of this Order), or such other dates as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Western District of North Carolina. The entry of this Order does not foreclose Respondent

from seeking relief under Rule 26 or Rule 45, if appropriate. Any Rule 45 objections shall be served on all parties and counsel of record within ten days after service of the Subpoena; and

4. Until further Order by this Court, Respondent shall preserve all documents, electronic or otherwise, and any evidence in its possession, custody or control that contains information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

**SO ORDERED**.

Signed: May 4, 2022

Robert J. Conrad, Jr.
United States District Judge